**FILED**
**DEC - 3 2020**
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | **4:20CR00767 HEA/PLC** |
| v. ) | |
| ALPHONZO TAYLOR, ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about July 20, 2020, in St. Louis County, within the Eastern District of Missouri,

**ALPHONZO TAYLOR,**

the Defendant herein, knowingly possessed a firearm, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, and the firearm previously traveled in interstate or foreign commerce during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1), and punishable under Title 18, United States Code, Section 924(a)(2).

### COUNT TWO

The Grand Jury further charges that:

On or about July 12, 2020, in St. Louis County, within the Eastern District of Missouri,

**ALPHONZO TAYLOR,**

the Defendant herein, knowingly possessed ammunition, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding

one year, and the ammunition previously traveled in interstate or foreign commerce during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1), and punishable under Title 18, United States Code, Section 924(a)(2).

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
JENNIFER SZCZUCINSKI, #56906MO
Special Assistant United States Attorney